**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Rancor Inc.**<br>Name | EIN **80−0380950** |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7** **3/13/17** |
| Case number: | **17−07820** | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Rancor Inc. | |
| **2. All other names used in the last 8 years** | dba Lukas Marketing | |
| **3. Address** | PO BOX 776<br>Wayne, IL 60184 | |
| **4. Debtor's attorney**<br>Name and address | Stephen J Costello<br>Costello & Costello<br>19 N Western Ave Rt 31<br>Carpentersville, IL 60110 | Contact phone 847−428−4544<br>Email: steve@costellolaw.com |
| **5. Bankruptcy trustee**<br>Name and address | David R Brown ESQ<br>Springer Brown, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Contact phone 630 510−0000<br>Email: dbrown@springerbrown.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1−866−222−8029<br><br>Date: 3/14/17 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 11, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**505 N Cty Farm Road, Room 2017, Wheaton, IL 60187** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court
Northern District of Illinois

In re:
Rancor Inc.
Debtor

Case No. 17-07820-JSB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: cshabez Page 1 of 1 Date Rcvd: Mar 14, 2017
Form ID: 309C Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2017.

db +Rancor Inc., PO BOX 776, Wayne, IL 60184-0776
25434667 +David J. Bodney, 1 E Washington St, Suite 2300, Phoenix, AZ 85004-2555
25434668 +Everest Financing, Corporate Office:, 2001 NW 107 Ave, Miami, FL 33172-2507
25434669 +Fora Financial, 242 West 36th St., New York, NY 10018-7542
25434671 +KGUN9-TV, 7280 E. Rosewood St., Tucson, AZ 85710-1350
25434672 Much Shelist/Lorne T. Saeks, 191 N. Wacker Drive, Suite 1800, Chicago, IL 60606-1631
25434673 +NIU Alumni Association, Barsema Alumni & Visitors Center, 231 N. Annie Glidden Road, DeKalb, IL 60115-2703
25434675 Ritz Carlton Aruba, L.G. Smith Boulevard, #107, Palm Beach, FL 33480
25434677 Sharon Puopolo, Henderson, Franklin, P.O. Box 280, Fort Myers, FL 33902-0280
25434679 +WPXT, C/O Poltrock & Giampietro, 125 S Wacker Dr., Chicago, IL 60606-4424
25434678 +Wick Buildings, LLC, 405 Walter Road, Mazomanie, WI 53560-9203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: steve@costellolaw.com Mar 15 2017 02:55:45 Stephen J Costello, Costello & Costello, 19 N Western Ave Rt 31, Carpentersville, IL 60110
tr +EDI: BDRBROWN.COM Mar 15 2017 02:13:00 David R Brown, ESQ, Springer Brown, LLC, 300 South County Farm Road, Suite I, Wheaton, IL 60187-2453
25434670 +E-mail/Text: des.claimantbankruptcy@illinois.gov Mar 15 2017 02:59:19 IDES, 33 S. State St., 10th Floor, Chicago, IL 60603-2804
25434676 +E-mail/Text: sdemars@rjh-law.com Mar 15 2017 02:57:17 Ronald J. Hennings, P.C., P.O. Box 4106, Saint Charles, IL 60174-9080

TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

25434674 none

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2017 at the address(es) listed below:

David R Brown, ESQ dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;IL84@ecfcbis.com;iprice@springerbrown.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Stephen J Costello on behalf of Debtor 1 Rancor Inc. steve@costellolaw.com

TOTAL: 3